NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**JERRY ALLEN CLARK,**
*Appellant,*

v.

**ERIC H. HOLDER, JR., ATTORNEY GENERAL,**
*Appellee.*

2011-1505

Appeal from the United States District Court for the Western District of Oklahoma in case no. 11-CV-0707, Judge Joe Heaton.

## ON MOTION

Before BRYSON, SCHALL, and PROST, *Circuit Judges.*

PER CURIAM.

## ORDER

Jerry Allen Clark and the Attorney General respond to this court's August 4, 2011 show cause order.

Clark seeks to appeal from a magistrate's decision of the United States District Court for the Western District of Oklahoma recommending that Clark's petition for a

writ of habeas corpus be denied. Clark's appeal does not fall within this court's jurisdiction. 28 U.S.C. § 1295.

Pursuant to 28 U.S.C. § 1631, this court is authorized to transfer the case, but only to a court in which the appeal could have been brought at the time it was filed or noticed and only if transfer is "in the interest of justice[.]" Because the trial court has yet to issue final judgment, transfer to the United States Court of Appeals for the Tenth Circuit is inappropriate.

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.

(3) All other pending motions are moot.

FOR THE COURT

**NOV 23 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jerry Allen Clark
    Nicholas Jabbour, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**NOV 23 2011**

**JAN HORBALY**
**CLERK**